ADOLPHO A. BIRCH, JR., J„
dissenting.
I continue to adhere to the views expressed in a long line of dissents beginning with State v. Chalmers, 28 S.W.3d 913, *911 923-25 (Tenn.2000) (Birch, Jr., J., concurring and dissenting), and elaborated upon in State v. Godsey, 60 S.W.3d 759, 793-800 (Tenn.2001) (Birch, Jr., J., concurring and dissenting), expressing my view that the comparative proportionality review protocol currently embraced by the majority is inadequate to insulate defendants from the arbitrary and disproportionate imposition of the death penalty. See Tenn. Code Ann. § 39-13-206(0) (1997). Accordingly, I cannot, for the reasons stated in my previous dissents, concur in the imposition of the death penalty in this case.